1   JACK W. LEE (CSB #071626)
    JENNIFER L. BRILL (CSB #158059)
2   MINAMI TAMAKI, LLP
    360 Post Street, 8th Floor
3   San Francisco, CA 94108
    Tel. (415) 788-9000
4   Fax (415)398-3887
    Email: jlee@MinamiTamaki.com
5   Email: jbrill@MinamiTamaki.com

6   Attorneys for Plaintiff

7

                       E-filing

8         UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11

12   TEYMOUR HOSSEIN-ALI FARMAN-
    FARMAIAN,           ) Case No.

13                        )
                Plaintiff,   ) **PLAINTIFF'S COMPLAINT FOR**

14     vs.                    ) **WRIT IN THE NATURE OF**
                       ) **MANDAMUS**

15   MICHAEL CHERTOFF, in his official   )
    capacity as Secretary of the U.S.      )

16   Department of Homeland Security;    )
    EMILIO T. GONZALES, in his official   )

17   capacity as Director of U.S. Citizenship and )
    Immigration Services; MICHAEL B.    )

18   MUKASEY, in his official capacity as    )
    Attorney General of the United States;   )

19   ROSEMARY MELVILLE, in her official   )
    capacity as District Director of United States )

20   Citizenship Field Office of San Francisco; )
    and ROBERT MUELLER, in his official   )

21   capacity as Director of the Federal Bureau )
    of Investigation,             )

22                        )

23              Defendants.   )

24                        )

25

26

27

28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

1    Plaintiff, Teymour Hossein-Ali Farman-Farmaian, by and through his undersigned counsel,

2    sues Defendants and states as follows:

3    1.    This action is brought against the Defendants to compel action on his application for

4    Naturalization properly filed by the Plaintiff.  The application was filed and remains within the

5    jurisdiction of the Defendants, who have improperly withheld action on this application to

6    Plaintiff's detriment.

7    **PARTIES**

8    2.    Plaintiff Teymour Hossein-Ali Farman-Farmaian (Alien Registration No. 079-719-

9    492) was born in Iran, and is a Dutch citizen.  He has been a United States legal permanent resident

10    since January 21, 2004.  He filed an application for naturalization (Form N-400) on January 17,

11    2007 with USCIS and seeks to naturalize pursuant to Immigration and Nationality Act ("INA")

12    §319, 8 U.S.C. §1430.  His naturalization application has not been adjudicated.  Plaintiff has a

13    Master's in Business Administration degree from the Harvard Business School, and a Bachelor of

14    Arts degree in Economics from Duke University.  Plaintiff is currently employed at Google in

15    Mountain View, California, as (Senior) Director, Sales Services, Distribution, Syndication &

16    Content Acquisition.  He is married to a United States citizen, and has United States citizen

17    children, aged 4, 2, and 1.

18    3.    Defendant Michael B. Mukasey is the Attorney General of the United States, and as

19    such, is the head of the United States Department of Justice and the chief law enforcement officer

20    of the federal government.  The Attorney General has the authority to naturalize persons as citizens

21    of the United States. 8 U.S.C. §1421(a).  The Attorney General is also ultimately responsible for

22    the Federal Bureau of Investigation, a subdivision of the Justice Department.  Mr. Mukasey is sued

23    here in his official capacity.

24    4.    Defendant Michael Chertoff is the Secretary of the Department of Homeland

25    Security (hereinafter "DHS"), and this action is brought against him in his official capacity.  He is

26    generally charged with enforcement of the Immigration and Nationality Act, and is further

27    authorized to delegate such powers and authority to subordinate employees of the DHS.  8 U.S.C,

28    §1103(a); 8 C.F.R. §2.1.

MINAMI TAMAKI, LLP
360 Post Street, 8ᵗʰ Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

5.      Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. This action is brought against him in his official capacity. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F.R. §100.2(a).

6.      Defendant Rosemary Melville, is the District Director of the San Francisco District Office of the USCIS and this action is brought against her in her official capacity. On information and belief, Defendant District Director is the official with whom Plaintiff's application for naturalization remains pending.

7.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (hereinafter "FBI"), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As it will be shown, Defendant has failed to complete the security clearances on Plaintiff's case, hence causing delay in Plaintiff's application for naturalization.

### JURISDICTION

8.      Jurisdiction is proper in this court, pursuant to 28 USC §1331 and 1361 (The Mandamus Act), 5 USC §701, *et seq.* (The Administrative Procedures Act), and 28 USC §2201 *et seq.* Relief is requested pursuant to these statutes to redress the deprivation of rights, privileges and immunities secured to Plaintiff and to compel defendants to perform a duty defendants owe to Plaintiff.

### VENUE

9.      Venue is proper in this Court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action. Specifically, Plaintiff resides in the County of San Mateo, and no real property is involved in the instant action.

### EXHAUSTION OF REMEDIES

10.     Plaintiff has exhausted his administrative remedies.

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 3 -

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

## CAUSE OF ACTION

11.    Plaintiff Teymour Farman-Farmaian was born in Iran on November 15, 1966, and is a Dutch citizen. He married a United States citizen on January 4, 2002, and became a legal permanent resident of the United States in January 21, 2004.

12.    Plaintiff Teymour Farman-Farmaian filed his application for Naturalization (N-400) at the California Service Center on January 17, 2007. **(See Exhibit 1, copy of receipt notice for N-400.)**

13.    On February 13, 2007, Plaintiff appeared at a scheduled appointment to have his fingerprints taken. **(See Exhibit 2, copy of fingerprint appointment notice.)** Since that date, no action has been taken on his application. Plaintiff has not been interviewed in connection with his case.

14.    On November 27, 2007, Plaintiff's counsel inquired with the San Francisco District Office about the status of his case via facsimile and telephone indicating that the USCIS is outside of published processing times for these types of applications. **(See Exhibit 3, copy of inquiry fax).**

15.    On December 4, 2007, Plaintiff's counsel called the USCIS 1-800 number to inquire about the status of Plaintiff's case. The officer stated no further inquiries should be made on this application until January 20, 2008, and that the USCIS was "not outside of processing times".

16.    On December 10, 2007, Plaintiff's counsel received a letter dated December 3, 2007 from the San Francisco District Office stating that the application would not be scheduled for an examination until all background security checks had been cleared. **(See Exhibit 4, copy of letter from USCIS, dated December 3, 2007).**

17.    On December 11, 2007, Plaintiff's counsel received a phone call from Supervising Officer Liza Agregado from the USCIS San Francisco District Office indicating that they had sent a letter, and that Plaintiff's case was being held for background security checks.

18.    On December 15, Plaintiff's counsel received another letter from the USCIS California Service Center dated December 12, 2007, indicating that the case is being held for background checks. **(See Exhibit 5, copy of letter from USCIS, dated December 12, 2007).**

19.    On January 11, 2008, Plaintiff sent Freedom of Information Act Requests ("FOIA")

MINAMI TAMAKI, LLP
360 Post Street, 8ᵗʰ Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 4 -

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

to the FBI and Customs and Border Patrol (hereafter "CBP"), and received a response dated March 3, 2008 indicating that there are no records in this matter. (**See Exhibit 6, FOIA Request Response letter from FBI**). Plaintiff has not received a response from either the FBI or the CBP.

20.     On December 27, 2007, Plaintiff submitted a request to the State of California Attorney General's office to inquire whether any criminal records existed for him. On January 3, 2008, he received a response indicating that no criminal records were found pertaining to him. (**See Exhibit 7, letter from the State of California, Department of Justice, dated January 3, 2008.**)

21.     On January 9, 2008, Plaintiff submitted a request to the FBI to inquire whether any criminal records existed for him. On January 16, 2008, Plaintiff received a response from the FBI indicating that the FBI has no arrest record of Plaintiff. This implies that he has no criminal record. (**See Exhibit 8, copy of fingerprint card, and stamp on back indicating no record from FBI, dated January 16, 2008**).

22.     On January 18, 2008, Plaintiff's counsel sent a Freedom of Information Act Request to the USCIS concerning Plaintiff's immigration matters. On February 5, 2008, Plaintiff's counsel received a response to the FOIA request from the USCIS that indicated that the request was considered a "Complex Track" matter, and as such would take more time. (**See Exhibit 9, copy of letter from USCIS dated February 5, 2008**).

23.     On February 11, 2008, Plaintiff's counsel sent a letter to Ms. Rosemary Melville, District Director of San Francisco District USCIS office, inquiring into the status of this case and informing her that if no response was received within thirty days, Mr. Teymour Farman-Farmaian would file this action. Counsel received a standard response that Plaintiff's case was still pending due to name checks. (**See Exhibit 10, copy of Letter to District Director**).

24.     Based on the responses from USCIS and the FBI, Plaintiff believes that his naturalization application has not been adjudicated because of Defendant FBI's failure to complete his name check. At this time, the FBI name check appears to be the only reason for the delay of Plaintiff's Naturalization application as Plaintiff does not have a criminal record and there appears to be no other reason why his application has been delayed. (**See Exhibit 7 & 8, letters from**

MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 5 -

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

1   California Department of Justice confirming no criminal history record was found; copy of

2   fingerprint card sent to FBI confirming no record.)

3       25.     According to the USCIS processing dates, the San Francisco District Office is

4   currently processing N-400 naturalization applications filed on or before July 20, 2007.  Plaintiff's

5   N-400 application has now remained pending since January 17, 2007, more than 15 months since

6   the date of filing.  (See Exhibit 11, San Francisco District Office Processing Dates posted on

7   February 15, 2008.)

8       26.     Defendants' refusal to act on this application is, as a matter of law, arbitrary and not

9   in accordance with the law.  Defendants unreasonably have delayed in and have refused to

10  adjudicate Plaintiff's Naturalization application for over a year, from the date of filing, thereby

11  depriving him of the right to a decision on his application and the peace of mind to which Plaintiff

12  is entitled.

13      27.     Plaintiff has been damaged economically by the failure of Defendants to act in

14  accord with their duties under the law.

15          a.      Plaintiff has a keen interest and is adept in international business, as he

16      speaks French, Spanish, Italian, Farsi and Portuguese, and his Harvard MBA studies.  Since

17      receiving his MBA in 1995, Plaintiff's career has principally been focused in international

18      business and sales, until 2006 when he changed his career due to difficulties with traveling

19      abroad as a non-U.S. citizen. He has worked in various capacities for businesses throughout

20      the world, including India, Venezuela, United Kingdom, Latin America, and in various

21      locations in the United States.  Specifically, most recently, Plaintiff worked from July 2003

22      through April 2005 as Google Inc.'s Director, International Advertising Operations

23      (Europe) where he led sales operations across 12 European offices serving Google's largest

24      clients.  From May 2005 through July 2006, he was Google's Director, Sales Operations,

25      Asia Pacific & Latin America.  Both these positions required frequent travel in and out of

26      the United States.  Consistently, when Plaintiff would return to the United States in the San

27      Francisco or New York airports, CBP pulled Plaintiff aside, and held him in a closed room

28      where he was not allowed to make any phone calls or leave the room.  He was told to wait,

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 6 -

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

1   and was asked questions.  Typically, these holds would take 1-2 hours, and was a great

2   inconvenience to Plaintiff who was jet-lagged after his long international travels, and

3   needed to rush to make a business meeting or to get home to his family.  Because Plaintiff

4   was often held up unexpectedly for hours at a time in airports by the United States

5   government, Plaintiff changed his international position within Google, Inc. to a position

6   that did not require international foreign travel.  In doing so, Plaintiff's skills and

7   professional career options and opportunities have been severely limited because of his

8   inability to travel abroad without frequent unexpected long delays in the airport.  Once

9   Plaintiff obtains his U.S. Citizenship, his right to travel abroad will be less burdensome,

10  disruptive and time-consuming, and he can once again return to his true occupation in

11  international business.

12          b.     Plaintiff has been further damaged in that he is unable to obtain the rights

13  and privileges enjoyed as citizens of the United States such as applying for, and receiving

14  business-related benefits reserved for United States citizens (such as federal small business

15  loans), the right to vote, serving on juries, participating as United States citizens in the Visa

16  Waiver Program, traveling abroad and returning to the United States without fear of

17  exclusion, and enjoying all other rights and responsibilities of U.S. citizenship.

18      28.     The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et*

19  *seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's Naturalization

20  Application and have failed to carry out the adjudicative functions delegated to them by law with

21  regard to Plaintiff's case.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

1    **PRAYER**

2          WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully

3    prays that the Defendants be cited to appear herein and that, upon due consideration, the Court

4    enter an order:

5          a.      requiring Defendants to expeditiously complete the Security Check on Plaintiff's

6    application for Naturalization;

7          b.      requiring USCIS to process the Naturalization application to conclusion;

8          c.      awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

9          d.      granting such other relief at law and in equity as justice may require.

10

11   Dated this 2nd day of April, 2008              Respectfully submitted,

12                                                  MINAMI TAMAKI LLP

13

14                                       By:   _Jennifer Brill_____
                                               Jack W. Lee
15                                             Jennifer Brill

16                                             Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 8 -

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

## LIST OF EXHIBITS

1.      Copy of receipt notice for N-400;

2.      Copy of fingerprint notice;

3.      Copy of Fax to USCIS inquiring about case;

4.      Letter from the USCIS dated December 3, 2007 stating case pending due to background security check hold;.

5.      Letter from USCIS dated December 12, 2007, stating case held due to pending background investigation;

6.      Letter from FBI dated March 3, 2008 indicating that there were no records in response to FOIA request;

7.      Copy of letter from California Department of Justice dated January 3, 2008, confirming that Plaintiff does not have a California criminal history record with the Department of Justice;

8.      Copy of fingerprint card from FBI dated January 16, 2008 confirming no arrest record;

9.      Copy of USCIS letter dated February 5, 2008 responsive to FOIA inquiry, indicating cannot provide a response to inquiry yet;

10.     Copy of Letter to District Director dated February 11, 2008 to USCIS District Director notifying her of Mandamus filing in 30 days and response to the letter;

11.     San Francisco District processing dates report, posted February 15, 2008, downloaded March 19, 2008.

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3867

PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

**Exhibit 1**

| | | |
|---|---|---|
| Receipt with Exception | | NOTICE DATE<br>January 25, 2007 |

| CASE TYPE<br>N400    Application For Naturalization | | | USCIS A#<br>A 079 719 492 |
|---|---|---|---|
| APPLICATION NUMBER<br>WSC*001676054 | RECEIVED DATE<br>January 17, 2007 | PRIORITY DATE<br>January 17, 2007 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

TEYMOUR HOSSEIN ALI FARMAN FARMAIAN
c/o LINDA WON CHUNG
MINAMI TAMAKI LLP
333 W CAMINO REAL STE 350
SUNNYVALE CA 94087

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $400.00 |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

IdadadIdadadad

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:          November 15, 1966
Address Where You Live:  6 BOLTON PL
                         MENLO PARK CA 94025

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within   460 days of this notice.

**IMPORTANT NOTICE:**      All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at a USCIS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at **www.uscis.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001787700

**USCIS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

Form I-797C (Rev. 01/31/05) N

**Exhibit 2**

Fingerprint Notification

| CASE TYPE | | NOTICE DATE |
|---|---|---|
| N400    Application For Naturalization | | January 25, 2007 |

| APPLICATION NUMBER | | | USCIS A# |
|---|---|---|---|
| WSC*001676054 | RECEIVED DATE<br>January 17, 2007 | PRIORITY DATE<br>January 17, 2007 | A 079 719 492 |
| | | | PAGE<br>1 of I |

APPLICANT NAME AND MAILING ADDRESS

TEYMOUR HOSSEIN ALI FARMAN FARMAIAN
c/o LINDA WON CHUNG
MINAMI TAMAKI LLP
333 W CAMINO REAL STE 350
SUNNYVALE CA  94087

To process your application, USCIS must take your fingerprints and have them cleared by the FBI.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.  **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| CIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO CA 94111 | DATE AND TIME OF APPOINTMENT<br>02/13/2007<br>03:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon     ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.       REPRESENTATIVE COPY

| APPLICATION NUMBER | |
|---|---|
| WSC*001676054 | |

## WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

**Exhibit 3**

## FACSIMILE TRANSMISSION SHEET

Date:                                    November 29, 2007

Please forward immediately to:          Liza Agregado

Facsimile Number:                        (415) 844-5693

From:                                    Lynda Won-Chung, Esq./Jennifer L. Brill, Esq.

Reference:                               Mr. Teymour Hossein Ali Farman-Farmaian, N-400
                                         Application (A#079-719-492)

Receipt File Number:                     WSC-001676054

Total number of pages (including this page):  1

If pages are missing or illegible, or any other transmission problems occur, please call
(415) 788-9000 x. 122.

This facsimile, including any attachments, is sent by a law firm and may contain information that is privileged or
confidential. If you are not the intended recipient, please destroy this facsimile and any copies that you may have
made and notify us immediately by return phone call. Thank you.

*****************************************************

This law firm represents Mr. Teymour Hossein Ali Farman-Farmaian (A#079-719-492) in his
naturalization application (WSC-001676054) filed 1/21/2007; a G-28 is on file. Biometrics was
taken on 2/13/2007. The SF District Office website indicates that current processing time for N-
400 is 7 months. It has been 10 months since we filed the application.

We would appreciate it if you would schedule Mr. Farman-Farmaian for his Naturalization
interview as soon as possible. Please call me at 415-788-9000 x. 122 to further discuss. Thank
you in advance for your kind assistance in this matter.

Sincerely,

*Jennifer Brill*

Lynda Won-Chung/Jennifer Brill, Esq.

San Francisco office 360 Post Street, 8th floor San Francisco, CA 94108    Sunnyvale office 333 W. El Camino Real Suite 350 Sunnyvale, CA 94087
                Phone: 415 788 9000   Fax: 415 398 3887                    Phone: 408 739 1137   Fax: 408 739 4641

w w w . m i n a m i t a m a k i . c o m

**Exhibit 4**

San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

TEYMOUR FARMAN FARMAIAN

C/O MINAMI TAMAKI LLP

333 W. EL CAMINO REAL, STE 350

SUNNYVALE, CA 94087

File No. 79 719 492

App Id:

Date: December 3, 2007

Officer:

Re: N-400 application
TEYMOUR FARMAN FARMAIAN

        This is in response to your recent inquiry.   A review of
our databases shows that you filed Form N-400, Application for
Naturalization. Your application will not be scheduled for an
examination until all background security checks have cleared.
All cases awaiting security clearances are regularly checked and
those cases that have completed all required background checks
will be scheduled for an interview within 60 days.

We apologize for the delay and request your cooperation and
patience in waiting for these important checks to be completed.
Please refer to the attached Immigration Fact Sheet for
additional information on the importance of security background
checks.

Any future inquiries for cases pending outside normal processing
times should be directed to the National Customer Service Center
at 1-800-375-5283.

Thank you.

Immigration Services
630 Sansome Street
San Francisco CA 94111

**www.dhs.gov**

**Exhibit 5**

U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date: December 12, 2007

Teymour Farman Farmaian
C/O Minami Tamaki LLP
333 W Camino Real STE 350
Sunnyvale, CA  94087

Re: A 79719492 – Naturalization Status Inquiry

Dear Applicant:

In your inquiry with USCIS, you requested the status of your pending N-400 Application for
Naturalization. We have not scheduled you for an interview because your background
investigation is still pending. Until the background investigation is completed, we cannot
move forward on your case.  These background checks are required to be completed on all
applicants who apply for the immigration benefit you are seeking. Once your background
check is completed your local District Office will be scheduling your case for interview.
There is no way for us to estimate the duration of your background investigation because it is
not conducted by our agency. Although the average processing time for the investigations is
a few months, the range in duration is a few weeks to several years.

Thank you very much for your cooperation.

Please call the National Customer Service Center toll free number at 1- (800) 375-5283 or visit our
website at: http://www.USCIS.GOV for additional information. Thank you.

California Service Center
CSC4339/WS14032/DIV VII

**Exhibit 6**

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

March 3, 2008

MR TEYMOUR HOSSEIN-ALI FARMAN-FARMAIAN
6 BOLTON PLACE
MENLO PARK, CA 94025

Request No.:  1106733- 000
Subject: FARMAN-FARMAIAN, TEYMOUR HOSSEIN-ALI

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters.  No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530- 0001, within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

**Exhibit 7**

Edmund G. Brown Jr.
Attorney General

State of California
DEPARTMENT OF JUSTICE



BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION

P.O. Box 903417
SACRAMENTO, CA 94203-4170

January 03, 2008

TEYMOUR H FARMANFARMAIAN

6 BOLTON PLACE

MENLO PARK, CA 94025-0000

RE:    California Criminal History Information

Dear Applicant:

This is in response to your inquiry concerning the existence of a California criminal history record within the files of the Department of Justice's Bureau of Criminal Identification and Information. As of the date of this letter, a search of your fingerprints did not identify with any criminal history record maintained by this Bureau as provided by the California Penal Code Sections 11120-11127.

Pursuant to California Penal Code section 11121, the purpose of a record review request is to afford an individual with a copy of their record and to refute any erroneous or inaccurate information contained therein. The intent is not to be used for licensing, certification or employment purposes.

Additionally, California Penal Code sections 11125, 11142, and 11143 does not allow for a person or agency to make a request to another person to provide them with a copy of an individual's criminal history or notification that a record does not exist; does not allow an authorized person to furnish the record to an unauthorized person; nor does it allow an unauthorized person to buy, receive or possess the record or information. A violation of these section codes is a misdemeanor.

Sincerely,

ROBERT SANTOS, Assistant Manager
Record Support Section
Bureau of Criminal Identification and Information

For    EDMUND G. BROWN JR.
Attorney General

BCII 8708 (Rev. 05/06)

**Exhibit 8**

1-889* (Rev. 10-1-97)

**FEDERAL BUREAU OF INVESTIGATION**
Criminal Justice Information Services Division
CLARKSBURG, W.V. 26306

Please note the stamp on the back of the enclosed
fingerprint card indicating the results of the search of the FBI
Criminal Justice Information Services Division's files.

Enclosure(s)

Identification and Investigative
Services Section

JAN 16 2008 4 2 8

FBI/DOJ



# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV 26306

## APPLICANT

**TO OBTAIN CLASSIBLE FINGERPRINTS**

1. USE BLACK PRINTER'S INK.
2. DISTRIBUTE INK EVENLY ON INKING SLAB.
3. WASH AND DRY FINGERS THOROUGHLY.
4. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP.
5. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER.
6. NOTATE IN THE APPROPRIATE FINGER BLOCKS IF APPLICANT IS MISSING ONE OR MORE FINGERS FOR ANY REASON. IF NOT MISSING, ALL TEN IMPRESSIONS MUST BE PROVIDED WITH SCARS AND DEFORMITIES NOTATED.
7. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED.
8. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE).

## THIS CARD FOR USE BY:

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLI-CANTS FOR LAW ENFORCEMENT POSITIONS.
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PUR-POSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHOR-IZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES. LOCAL AND COUNTY ORDI-NANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANK-ING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

## INSTRUCTIONS:

PRINTS MUST FIRST BE CHECKED THROUGH THE APPRO-PRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGER-PRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.

1. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT.
2. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
3. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.
4. MISCELLANEOUS NO. RECORD OTHER ARMED FORCES NO. PASSPORT NO. (PP), ALIEN REGISTRATION NO. (AR), PORT SE-CURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS), VETERANS ADMINISTRATION CLAIM NO. (VA).

**LEAVE THIS SPACE BLANK**



1. LOOP

CENTER OF LOOP

DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW.



2. WHORL

DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

3. ARCH

ARCHES HAVE NO DELTAS

☆ U.S. GPO. 2001 483-8002-02321
FD-258 (REV 5-11-99)

NO ARREST RECORD
JAN 1 6 2008
CJIS DIVISION
FBI

**Exhibit 9**



Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

February 5, 2008

**NRC2008006832**

Jennifer L. Brill
Minami Tamaki & Associates
360 Post Street
San Francisco, CA 94108

Dear Jennifer L. Brill:

We received your request for information relating to Teymour Hossein Ali Farman Farmaian on February 5, 2008.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2008006832. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. This is to inform you that your request has been placed in the complex track. Since your request is on the complex track, you may wish to modify it to identify a specific document(s), the exact information sought, and location if known. Upon receipt, we will reconsider your request for eligibility for the faster track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for use on your personal computer. This option is an alternative to paper copies. The CD is readable on all computers through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. Attorneys automatically receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper copies, all future responsive records will be provided via paper – there is no need to call again. For individuals (i.e., non-attorneys) please call our office at 816-350-5570 to order your record on CD. Once you request your records on either CD or paper, all future records will be furnished in the format you have requested.

NRC2008006832
Page 2

If you have any questions concerning your pending FOIA/PA request, please address them to this office, Attention: FOIA/PA Officer, or call us at 816-350-5570, or fax any FOIA/PA related correspondence to 816-350-5785. If you have questions concerning the status of a pending Application or Petition or any other type of immigration matter, you must contact your local District Office or call the National Customer Service Unit at 1-800-375-5283. The National Records Center cannot assist you concerning any pending Applications or Petitions or any other type of immigration matter. You may also check the status of your FOIA request by e-mailing USCIS.FOIA@DHS.GOV.

Sincerely,

T. Diane Cejka
Director

**Exhibit 10**

**MINAMI TAMAKI LLP**
Attorneys at Law



Jennifer L. Brill
Associate
Phone: 415-788-9000
Email: jbrill@MinamiTamaki.com

February 11, 2008

Rosemary Melville, District Director
USCIS
630 Sansome Street
San Francisco, CA 94111

Re:    Mr. Teymour Hossein Ali Farman-Farmaian (A#079-719-492)
       Naturalization Application Receipt No: WSC-001676054

Dear Ms. Melville:

This law firm represents Mr. Teymour Farman-Farmaian in his immigration matters. A G-28, notice of representation is already on file, and we are attaching another one for your records here.

We are writing regarding the status of the above referenced case. Mr. Teymour Farman-Farmaian applied for naturalization on January 17, 2007. To date, he has not been scheduled for an interview, despite numerous inquiries into this matter. We have been informed by the USCIS that his case is pending due to security checks. However, his case has now been pending for more than a year now, and there is no known reason why his case should be pending this long. He would like his case adjudicated so that he may have access to jobs and ease of travel which come with the approval of naturalization. Finally, he would like the peace of mind of knowing whether or not his application will be approved.

We would appreciate it if you would review this case and let us know when a decision may be reached. If Mr. Teymour Farman-Farmaian's case is not set for an interview or adjudicated within 30 days, we will be filing a Mandamus in federal court.

Thank you for your attention to this matter.

Sincerely,

Minami Tamaki LLP

Jennifer L. Brill,
Attorney At Law

ACTION COMPLETED
APPROVED FOR FILING

MAR 21 2008

INITIALS:
FOC: CSC

San Francisco Office  360 Post Street 8th Floor San Francisco CA 94108    Sunnyvale Office  333 W. El Camino Real Suite 350 Sunnyvale CA 94087
Phone: 415 788 9000  Fax: 415 398 3887    Phone: 408 739 1137  Fax: 408 739 4641

www.MinamiTamaki.com

**U.S. Department of Homeland Security**
P.O. Box 30111
Laguna Niguel, CA 92607-0111

 **U.S. Citizenship
and Immigration
Services**

Date: March 21, 2008

FARMAN --FARMAIAN TEYMOUR
6, BOLTON PL
MENLO PARK, CA 94025

Re: A 79 719 492 – Naturalization Status Inquiry

Dear Applicant:

In your inquiry with USCIS, you requested the status of your pending N-400 Application for
Naturalization. We have not scheduled you for an interview because your background
investigation is still pending. Until the background investigation is completed, we cannot
move forward on your case.  These background checks are required to be completed on all
applicants who apply for the immigration benefit you are seeking. Once your background
check is completed your local District Office will be scheduling your case for interview.
There is no way for us to estimate the duration of your background investigation because it is
not conducted by our agency. Although the average processing time for the investigations is
a few months, the range in duration is a few weeks to several years. No further action is
necessary at this time.

Thank you very much for your cooperation.

Please call the National Customer Service Center toll free number at 1- (800) 375-5283 or visit our
website at: http://www.USCIS.GOV for additional information. Thank you.

California Service Center
N-400 Team

Exhibit 11


Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]  [ Back ]

# U.S. Citizenship and Immigration Services
# San Francisco CA Processing Dates
# Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 14-16 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted February 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|-----------------------|
| I-131 | Application for Travel Documents | November 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | August 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | November 17, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | November 17, 2007 |
| I-765 | Application for Employment Authorization | November 30, 2007 |
| N-400 | Application for Naturalization | July 20, 2007 |
| N-600 | Application for Certification of Citizenship | September 03, 2007 |

Print This Page    Back

**03-19-2008 07:52 PM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security