JACK W. LEE (CSB #071626)
JENNIFER L. BRILL (CSB #158059)
MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94104
Tel. (415) 788-9000
Fax (415)398-3887
Email:  jlee@MinamiTamaki.com
Email:  jbrill@MinamiTamaki.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **TEYMOUR HOSSEIN-ALI FARMAN-FARMAIAN,**<br><br>                    **Plaintiff,**<br><br>   vs.<br><br>**MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALES, in his official capacity as Director of U.S. Citizenship and Immigration Services; MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States; ROSEMARY MELVILLE, in her official capacity as District Director of United States Citizenship Field Office of San Francisco; and ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation,**<br><br>                  **Defendants.** | Case No.  08-CV-1948 MMC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  Dated this 2nd day of April, 2008          Respectfully submitted,

5                                             MINAMI TAMAKI LLP

6
7                              By:     /s/ Jennifer Brill
                                      Jack W. Lee
                                      Jennifer Brill
8
                                      Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16