1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
   TEYMOUR HOSSEIN-ALI FARMAN-     )      No. C 08-1948 MMC
12 FARMAIN,                        )
                                   )
13           Plaintiff,            )
                                   )      STIPULATION TO EXTEND DATES;
14     v.                          )      ~~PROPOSED~~ ORDER
                                   )
15 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security; et al., )
16                                 )
             Defendants.           )
17 _____)

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 08-1948 MMC                            1

1    On April 14, 2008, Plaintiff filed the above captioned action. The United States Attorney's
2 Office was served on April 23, 2008. It now appears that this case may be resolved administratively
3 within the next 30 days. Accordingly, the parties hereby jointly move, pursuant to approval of the
4 Court, to modify the scheduling order as follows:

5     Defendants' Answer:    July 23, 2008

6     ADR Certification:    July 25, 2008

7     Case Management Statement:    July 25, 2008

8     Case Management Conference:    August 1, 2008, at 10:30 a.m.

9 Dated: June 19, 2008    Respectfully submitted,

10     JOSEPH P. RUSSONIELLO
    United States Attorney

12     _____/s/_____
13     MELANIE L. PROCTOR[1]
    Assistant United States Attorney
    Attorney for Defendants

15 Dated: June 19, 2008    _____/s/_____
16     JENNIFER BRILL
    Attorney for Plaintiff

18 **PROPOSED ORDER**

19    Pursuant to the parties' agreement, IT IS SO ORDERED.

21 Dated: June 20, 2008

22     *[signature]*
    MAXINE M. CHESNEY
    United States District Judge

---

28   [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 08-1948 MMC    2