1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
   TEYMOUR HOSSEIN-ALI FARMAN-       )   No. C 08-1948 MMC
12 FARMAIN,                          )
                                     )
13              Plaintiff,           )
                                     )   STIPULATION TO DISMISS; ~~PROPOSED~~
14        v.                         )   ORDER
                                     )
15 MICHAEL CHERTOFF, Secretary of the)
   Department of Homeland Security; et al., )
16                                   )
                Defendants.          )
17 _____ )

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
C 08-1948 MMC                            1

1  Plaintiff, by and through his attorney of record, and Defendants, by and through their
2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
3  entitled action.
4  Each of the parties shall bear their own costs and fees.

Dated: July 15, 2008                                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: July 14, 2008                                _____/s/_____
JENNIFER BRILL
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to the parties' agreement, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated: July 15, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 08-1948 MMC                                2